IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| NATALIO ORTEGA, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. B-06-199 |
| HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE, | § | |
| Defendant. | § | |

## ORDER & OPINION

BE IT REMEMBERED, that on March 5, 2008, the Court considered the Joint Status Report of the Parties. Dkt. No. 40. The Status Report asks this Court to enter final judgment, and award Plaintiff's counsel, Texas RioGrande Legal Aid, costs and expenses totaling $1,873.00 and attorney's fees for Max Renea Hicks amounting to $1,878.00 pursuant to 42 U.S.C. § 3616(c)(2). *Id.* at 1-2. The Court **GRANTS** those requests.

On January 3, 2008, this Court granted in part Plaintiff's request for declaratory and injunctive relief and granted in part Defendant's motion for summary judgment. Dkt. No. 37. On March 3, 2008, the parties submitted a joint status report that indicated that the parties agreed that final judgment should be entered and stipulated that Plaintiff's counsel was entitled to costs and expenses as well as attorney's fees. Dkt. No. 40, at 1-2.

Therefore, this Court enters **FINAL JUDGMENT** in this case pursuant to Federal Rule of Civil Procedure 58. As stipulated by the parties, Defendant is **ORDERED** to pay

Plaintiff's counsel, Texas RioGrande Legal Aid, $1,783.00 for costs and expenses, and Plaintiff's counsel, Max Renea Hicks, $1,787.00 for attorney's fees. Dkt. No. 40, at 1-2. The Court **ORDERS** the Clerk of the Court to close this case.

DONE at Brownsville, Texas, on March 5, 2008.

Hilda G. Tagle
United States District Judge